IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| LEO HICKMAN SWEENEY, | : : | |
| Plaintiff | : : : | CIVIL ACTION NO. 09-64399 |
| v. | : : | |
| SABERHAGEN HOLDINGS, ET AL., | : : : | Transferred from the Western District of Washington |
| Defendants. | : | |

FILED
FEB -3 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

**AND NOW,** this **2nd** day of **February 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge David R. Strawbridge (doc. no. 49), filed on January 13, 2011, as to Defendant Crane Co.'s Motion for Summary Judgment is **ADOPTED**.[1]

It is further **ORDERED** that:

Crane Co.'s Motion for Summary Judgment (doc. no. 22) filed on September 23, 2010 is **GRANTED**.

Defendant Crane Co.'s Motion in Limine (doc. no. 20) is **DENIED** as moot.

The Report and Recommendation issued by Magistrate Judge David R. Strawbridge regarding Plaintiff's Motion to Permit the Application of New Jersey/Wisconsin Law (doc. no. 49) is **ADOPTED** as no objections have been filed.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1

Plaintiff's Motion to Permit the Application of New Jersey/Wisconsin Law (doc. no. 21) is **DENIED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**